**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-62337-KUNTZ**

**FRANKLING ADONISS LUNA GONZALEZ,**

Plaintiff,

v.

**U.S. IMMIGRATION AND CUSTOM ENFORCEMENT,** *et al.*

Defendants.

___________________________________/

**ORDER**

**THIS CAUSE** comes before the Court *sua sponte* on review of the Response to the Order to Show Cause [ECF 6], received on September 14, 2026. It appears from the record that the petitioner received a bond hearing on September 11, 2026 [ECF 6-2 at page 1]. To that end, on August 24, 2026, the Court received a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. 2241 (the "**Petition**") [ECF 1], which sought a bond hearing. As the petitioner now has that relief, the case must close. *See Al Najjar v. Ashcroft*, 273 F.3d 1330, 1336 (11th Cir. 2001) ("dismissal is required because mootness is jurisdictional"). Accordingly, after a careful review of the record, it is

**ORDERED AND ADJUDGED** that the **Petition [ECF 1]** is **DENIED AS MOOT**. Further, the Clerk shall **CLOSE** this case consistent with this order.

DONE in Fort Lauderdale, Florida on this 14th day of September 2026.

JEFFREY T. KUNTZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record